# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0015.  HORN v. SHEPHERD.**

Randy Horn has filed this emergency motion requesting this Court to stay the provisions of a temporary order entered after an emergency hearing on Horn's Complaint for a Modification of Custody of his nine-year-old daughter.  Horn is also requesting that this Court require the trial court to hold another "emergency temporary hearing" in order to hear evidence on whether a change of custody should have been granted.  Horn argues that this emergency motion is necessary because the mother, Brandie Shepherd, has moved out of state with the child.

The trial court's order provides that it will not modify custody "at this time" and reserves the determination of the issue pending a final evidentiary hearing. Because the mother and child have already moved out of state, and because the trial court has already held an emergency hearing and determined that it was not appropriate to modify custody, no emergency has been presented to this Court and Horn's motion is therefore DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/24/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*